IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR378 |
| v. | ) | |
| LEOPOLDO SANCHEZ-CURIEL, | ) | ORDER |
| Defendant. | ) | |

Before the court is defendant's Motion to Dismiss Count I (Filing No. 14) of the Indictment. The government has filed its response, Filing No. 17, indicating that it does not oppose the motion. Accordingly,

IT IS ORDERED that defendant's Motion to Dismiss Count I (Filing No. 14) of the Indictment is granted. Count I of the Indictment is hereby dismissed without prejudice.

DATED this 15th day of December, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge